IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUESTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CONWAY & MUNI PLUMBING & HEATING, LLC, )<br>)<br>)<br>Defendant. )  | Civil Action No. 1:11-cv-123 |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 13) of the Magistrate Judge dated June 10, 2011, recommending that a default judgment be entered in favor of the Plaintiffs against Defendant Conway & Muni Plumbing & Heating LLC. No objections have been filed of the date of this Order.

The Court conducted a *de novo* review of the record in this case and hereby adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of Plaintiffs Trustees of the Plumbers & Pipefitters National Pension Fund against Defendant Conway & Muni Plumbing & Heating LLC in the total amount of $3,537.37, with interest accruing at the rate of 12% per annum from the date of judgment until paid.

August 15, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge